ALICE A. BECK et al., Appellants, *v.* BROAD CHANNEL BATHING PARK, INC., Respondent.

(Submitted February 10, 1931; decided February 19, 1931.)

*William S. O'Connell* for appellants.

*Robert H. Charlton, Michael F. Dee* and *William A. Earl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.